**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

**December 11, 2007**

CASE NUMBER:  CV 07-06126 JL
CASE TITLE:  BERKELEY POLICE DEPARTMENT-v-EMANUEL SIMON EL BEY

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/11/07

　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE EXECUTIVE COMMITTEE:

　　　　　　　　　　　　　　　　　　　　　　　　　_____Richard W. Wieking_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies　　　　　　　　Special Projects
Log Book Noted　　　　　　　　　　　　　　　Entered in Computer 12/11/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel　　　　　　　　　　　　Transferor CSA