IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY POLICE DEPARTMENT, et al., | No. C-07-6126 MMC |
| Plaintiffs, | **ORDER REMANDING ACTION TO STATE COURT** |
| v. | |
| EMANUEL SIMON EL BEY, and MAKARE AKHET ATEN SIMON EL BEY, | |
| Defendants | |

On December 4, 2007, defendants filed a "Writ of Mandamus in the Nature of Removal," by which defendants purport to remove an action from "superior (state) court." Because defendants did not identify therein the action being removed, the Court, by order filed December 13, 2007, directed defendants to file a copy of the complaint or other pleading filed by plaintiffs in state court.

Now before the Court is defendants' response to the Court's December 13, 2007 order, specifically, a December 20, 2007 filing titled "Writ of Mandamus in the Nature of Removal (From Superior (State) Court to Federal Court 28 § 1441 - 1446)." Attached to said filing are a number of documents, one of which is a copy of the state court matter defendants purport to remove: A "Notice to Appear," numbered 416008 and issued by the Berkeley Police Department on November 27, 2007, directing defendant Makare Akhet Aten Simon El Bey ("Makare Akhet Aten") to appear before the Superior Court of California, Alameda County, to respond to the charge that on November 27, 2007, Makare Akhet Aten

was driving a vehicle that was not properly registered and with an expired driver's license.[1]

A criminal matter instituted in state court may be removed to district court, pursuant to 28 U.S.C. § 1443, if the defendants can satisfy a two-part test. "First, the [defendants] must assert, as a defense to the prosecution, rights that are given to them by explicit statutory enactment protecting equal racial civil rights." Patel v. Del Taco, Inc., 446 F.3d 996, 999 (9th Cir. 2006) (internal quotation and citation omitted). "Second, [the defendants] must assert that the state courts will not enforce that right, and that allegation must be supported by reference to a state statute or constitutional provision that purports to command the state courts to ignore federal rights." Id. (internal quotation and citation omitted). Here, although defendants indicate they will contest the criminal charges made against Makare Akhet Aten, defendants do not assert a defense based on rights given to her by a statute protecting equal racial civil rights; rather, defendants assert defenses allegedly provided by documents such as the "Zodiac Constitution." Even assuming Makare Akhet Aten intends to raise a defense based on a statute protecting equal racial civil rights, defendants do not, and cannot, point to any provision of California law "that purports to command the state courts to ignore federal rights." See id.

Accordingly, the instant action is hereby REMANDED to the California Superior Court for the County of Alameda.

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: December 28, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The copy of the Notice to Appear provided by defendants is of poor quality, and the specific violations alleged thereon are illegible. In their filings, however, defendants have identified the nature of the charges set forth in the Notice to Appear.