**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                              415.522.2000

January 2, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  <u>CV 07-06126 MMC    BERKELEY POLICE DEPARTMENT-v-EMANUEL SIMON EL
BEY</u>
          Your Case Number: <u>()</u>
Dear Clerk,

          Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                    (x)      Certified copies of docket entries

                    (x)      Certified copies of Remand Order

                    (x)      Other (E-Filing Case)

          Please acknowledge receipt of the above documents on the attached copy of this letter.


                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk


                                        by:  <u>Alfred Amistoso</u>
                                        Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                      General Court Number
Clerk                                                                                            415.522.2000

January 2, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 07-06126 MMC    BERKELEY POLICE DEPARTMENT-v-EMANUEL SIMON EL
BEY

      Your Case Number: ()

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

               (x)     Certified copies of docket entries

               (x)     Certified copies of Remand Order

               (x)     Other (E-Filing Case)

      Please acknowledge receipt of the above documents on the attached copy of this letter.

               Sincerely,

               RICHARD W. WIEKING, Clerk

               by:  Alfred Amistoso
               Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

——————————

www.cand.uscourts.gov

Richard W. Wieking                                                                                        General Court Number
Clerk                                                                                                                415.522.2000

January 2, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 07-06126 MMC    BERKELEY POLICE DEPARTMENT-v-EMANUEL SIMON EL
BEY

         Your Case Number: ()

Dear Clerk,

         Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                   (x)      Certified copies of docket entries

                   (x)      Certified copies of Remand Order

                   (x)      Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.


                            Sincerely,

                            RICHARD W. WIEKING, Clerk


                            by:  Alfred Amistoso
                            Case Systems Administrator


Enclosures
Copies to counsel of record