IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY POLICE DEPARTMENT, et al., | No. C-07-6126 MMC |
| Plaintiffs, | **ORDER DENYING MOTION FOR RELIEF FROM ORDER REMANDING ACTION TO STATE COURT** |
| v. | |
| EMANUEL SIMON EL BEY, and MAKARE AKHET ATEN SIMON EL BEY, | |
| Defendants | |

The Court is in receipt of defendants' "Motion for Relief from Judgement/Order/ Remanding Action to State Court," filed February 7, 2008. By said motion, defendants seek reconsideration of the Court's December 28, 2007 order remanding the instant case to state court.

The Court construes defendants' motion as seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure. So construed, the motion is DENIED, for the reason that defendants fail to identify any cognizable basis for reconsideration.

**IT IS SO ORDERED.**

Dated: February 8, 2008

MAXINE M. CHESNEY
United States District Judge