UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 13, 2008

**CASE INFORMATION:**
Short Case Title:  <u>BERKELEY POLICE DEPARTMENT</u>-v- <u>EMANUEL SIMON EL BEY</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Maxine M. Chesney</u>
Criminal and/or Civil Case No.:  <u>CV 07-06126 MMC</u>
Date Complaint/Indictment/Petition Filed: <u>12/04/07</u>
Date Appealed order/judgment *entered* <u>12/28/07</u>
Date NOA *filed* <u>5/12/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                     Date Docket Fee Billed:
Date FP granted: <u>12/13/07</u>                 Date FP denied:
Is FP pending? ☐ yes  ☐ no                            Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                        Appellee Counsel:
Emanuel Simon El Bey [Pro Per] &
Makare Akhet Aten Simon El Bey [Pro Per]
P.O. Box 1188
Richmond, CA 94804
510 837-5836
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006