

FILED
08 MAY 12 PM 2:30
2008 MAY -2 PM 4:29

Emanuel Simon El Bey
Makare Akhet Aten Simon El Bey
P.O. Box 1188
Richmond Territory
California State Republic
[94802]
610-965-6035

DATE   INITIAL

# United States Court of Appeals for the 9th Circuit
## Northern District of California

07-6126 MMC

Berkeley Police Department
State of California, Department of Motor Vehicles. Et al.
Plaintiff,

Docket Number
#C076126.

V

Emanuel Simon El Bey
Makare Akhet Aten Simon El Bey
In Propria Presona

Defendants.

Notice of Appeal.
Appeal Remanded
Order/Fraud on
Remanded Order.
Attachment:
Representation
Statement.

**Original Jurisdiction**
**Ministers, Consuls, Diplomats: Article 3 Section 2 U.S.C.**
**Federal Question:**
**Constitution, Treaty, Liberty, etc.**

1.1

1  Notice is hereby given that;
2  Berkeley Police Department, State of California, Department of Motor Vehicles, et al,
3  Plaintiffs,
4  V
5  Emanuel Simon El Bey, Makare Akhet Aten Simon El Bey
6  Defendants in Propria.
7  In the above named case, hereby appeal to the United States Court of Appeals for the 9th Circuit
8  Court, Northern District of California from final judgement from an order of ORDER
9  REMANDING ACTION TO STATE COURT. Entered in this action on the day of the 28th,
10 December 2007.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Declaration*
**Notice of Appeal**                                                                                           1.2

<u>Representation Statement</u>.
Attachment

Berkeley Police Department

State of California, Department of Motor Vehicles

              Plaintiffs,

V

Makare Akhet Aten Simon El Bey

Emanuel Simon El Bey

           Defendants in Propria.

**Plaintiffs Addresses:**

1. State of California, Department of Motor Vehicles
2415 1ˢᵗ Avenue, Mail Station F101, Sacramento, California, [95818]

2. Berkeley Police Department, City Attorney Offices
2180 Milvia Street, Berkeley, California, [94704]

3. State of California Attorney General
455 Golden Gate Avenue, Suite 11000, San Francisco, California [94102]

**Defendants Addresses:**

Emanuel Simon El Bey
Makare Akhet Aten Simon El Bey
P.O. Box 1188
Richmond Territory
California State Republic
[94802]
610-956-6035

Notice of Appeal/Representation Statement/Attachment      1.4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Declaration*

I, Emanuel Simon El Bey do declare by the Supreme laws of the land, that the following contained in this document is true and correct to the best of my knowledge.

_____
Emanuel Simon El Bey
In Propria

I, Makare Akhet Aten Simon El Bey do declare by the Supreme laws of the land, that the following contained in this document is true and correct to the best of my knowledge.

_____
Makare Akhet Aten Simon El Bey
In Propria

USDC, San Francisco
Northern District of California (San Francisco)
P.O. Box 36060
San Francisco, CA 94102-0000