**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 13, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

08-16183

### CASE NUMBER: CV 07-06126 MMC

### CASE TITLE: BERKELEY POLICE DEPARTMENT-v-EMANUEL SIMON EL BEY

USCA Case Number:

Dear Sir/Madam:

Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| BERKELEY POLICE DEPARTMENT; DEPARTMENT OF MOTOR VEHICLES STATE OF CALIFORNIA,<br><br>Plaintiffs - Appellees,<br><br>V.<br><br>EMANUEL SIMON EL BEY; MAKARE AKHET ATEM SIMON EL BEY,<br><br>Defendants - Appellants. | No. 08-16183<br>D.C. No. 3:07-cv-06126-MMC<br>Northern District of California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., June 23, 2008**  Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Wed., July 23, 2008**  The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the**

**appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


Gerald Rosen
Deputy Clerk

FILED
08 MAY 19 PM 2:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



RECEIVED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES